■ EDWARD KIVOVITS v. DAVID MURPHY.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and

appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.